ARTHUR DAVIDSON v. McDONALD SERVICE COMPANY, INC.

(Filed 14 May, 1930.)

APPEAL by defendant from *Sink, Special Judge,* at February Special Term of MECKLENBURG. No error.

*B. G. Watkins and John M. Robinson for plaintiff.*
*Ralph V. Kidd and C. H. Gover for defendant.*

PER CURIAM. The defendant's assignments of error present no sufficient cause for reversing the judgment or granting a new trial.
No error.